JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **John Ho,** | **Case No.: SACV 16-1745-DOC (DFMx)** |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| **Don's Hospitality Corporation,** | |
| Defendant. | |

On September 14, 2016 the Court entered an order granting plaintiff John Ho's ("Plaintiff") Application for Default Judgment titled "Motion for Default Judgment" ("Application") against Don's Hospitality Corporation ("Defendant"). Consequently,

IT IS ORDERED AND ADJUDGED

Judgment shall be entered for Plaintiff and against Defendant in the amount of $5,060.00.

Defendant is enjoined to install an accessible parking space and adjacent accessible access aisle compliant with the Americans with Disabilities Act Accessibility Guidelines, including but not limited to installing a fully compliant access aisle;

That the action be, and is hereby dismissed.

DATED: February 8, 2017

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE